UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE ANDERSON, et al.,<br><br>**Plaintiffs,**<br><br>v.<br><br>CHARLES RAMSEY, *et al.*,<br><br>**Defendants.** | Civil Action No. 04-56 (GK/JMF) |

ORDER

In accordance with the accompanying Memorandum Opinion, it is, therefore, hereby,

**ORDERED** Plaintiffs' Motion for Protective Order [#27] is **GRANTED.**

**SO ORDERED.**

Dated:  
_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE